**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, NJ 07601
(201) 845-3232
(201) 845-3777 (fax)
*Attorneys for Plaintiff Baseprotect USA, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT USA, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>SWARM 1277D[1], an unincorporated joint enterprise, and JOHN DOES 1-161, such persons being presently unknown participants and members of the joint enterprise,<br><br>    Defendants. | 2:11-cv-7289 (SDW)(MCA)<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court upon application of The McDaniel Law Firm, PC, Jay R. McDaniel, Esq. appearing for Plaintiff Baseprotect USA, Inc., seeking a preliminary injunction and related relief and the Court having considered the supporting papers filed and good cause having been shown;

**IT IS** on this         day of                    ,

**ORDERED** that Defendant Swarm # 1277D and the Defendant identified by IP 67.170.86.147, their agents and those acting in concert with them, be and are:

---

[1]     The alpha-numeric hash file assigned to this unique copy of the copyrighted work is truncated. See Schedule A to the Complaint for the complete hash.

(A) preliminarily enjoined and restrained as from the unauthorized distribution of the movie Weekend pending the final determination of this action on the merits and

(B) preliminarily enjoined and restrained from deleting or destroying discoverable information that concerns or relates to the distribution of the movie Weekend via peer-to-peer networks known as bit torrents pending completion of discovery.

DATED:

_____
The Hon.                    , U.S.D.J.